1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar Number 7709
3  DANIEL J. COWHIG
Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5  (702) 388-6336
daniel.cowhig@usdoj.gov
6  *Attorneys for the United States of America*

FILED.

DATED: 1:24 pm, March 25, 2024

U.S. MAGISTRATE JUDGE

7  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,

10          Plaintiff,

11      vs.

12  MATTHEW J. LOPES,

13          Defendant.

14

Case No. 2:24-mj-

UNITED STATES' EX PARTE
APPLICATION TO SEAL
CRIMINAL COMPLAINT, WRIT OF
HABEAS CORPUS AD
PROSEQUENDUM, ARREST
WARRANT AND APPLICATION

15      The United States of America, by and through Jason M. Frierson, United States

16  Attorney for the District of Nevada, and Daniel J. Cowhig, Assistant United States

17  Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint,

18  Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and the

19  Court's Sealing Order in the above captioned matter until such time as this Court, or

20  another Court of competent jurisdiction, shall order otherwise.

21      It is necessary to seal the complaint and the related documents in this case because

22  while the named defendant is currently held at the Clark County Detention Center, were

23  he to be released prior to the service of the writ, necessitating an arrest on the requested

24

1

1  warrant, his prior knowledge of the complaint and arrest warrant might pose risks to law

2  enforcement officers executing that arrest.

3       To mitigate risk to officers and facilitate defendant's arrest on the requested

4  warrant, if necessary, the United States respectfully requests this Honorable Court grant

5  the United States' motion to seal the Complaint, Arrest Warrant, Writ of *Habeas Corpus ad*

6  *Prosequendum*, applications for each, and the Court's Sealing Order in the above captioned

7  matter in accordance with Local Rule IA 10-5 until further order of the Court.

8  Respectfully submitted this March 25, 2024.

9                                        JASON M. FRIERSON
                                         United States Attorney

10

11  _____

12                                       DANIEL J. COWHIG
                                         Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# SEALED

FILED.

DATED: 1:48 pm, March 25, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

MATTHEW J. LOPES,

      Defendant.

Case No. 2:24-mj-292-BNW

**SEALING ORDER**

    Based on the United States' *ex parte* application, with good cause appearing

therefore,

**IT IS ORDERED** that the Criminal Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and this Court's instant order in the above captioned

matter are sealed in accordance with Local Rule IA 10-5 until further order of the Court.

**IT IS SO ORDERED** this March 25, 2024.

_____
THE HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

1