JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTHEW JOHN LOPES,<br><br>    Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-00074-JCM-BNW<br><br>**VIOLATION:**<br><br>18 U.S.C. § 1361 – Willfully Injuring or Committing Any Depredation Against Property of the United States |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Willfully Injuring or Committing Any Depredation Against Property of the United States*
18 U.S.C. § 1361

On or about March 24, 2024, in the State and Federal District of Nevada,

**MATTHEW JOHN LOPES,**

defendant herein, willfully and by means of throwing rocks at the windows, did injure and commit a depredation against property of the United States and any department or agency thereof, and property which has been manufactured and constructed for the United States,

and any department or agency thereof, specifically, the Foley Federal Building, 300 South Las Vegas Boulevard, in Las Vegas, Nevada, and the resulting damage exceeded $1,000, in violation of Title 18, United States Code, Section 1361.

DATED: this 9th day of April, 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney