RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Matthew Lopes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW LOPES,<br><br>    Defendant. | Case No. 2:24-cr-00074-JCM-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Matthew Lopes, that the Change of Plea Hearing currently scheduled on June 3, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The parties request additional time to prepare for the change of plea.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.
4. Defense counsel is unavailable on June 13th, 14th and June 17th-21st.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 22nd day of May 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW LOPES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00074-JCM-BNW<br><br>**ORDER** |

　　　IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, June 3, 2024, at 10:30 a.m., be vacated and continued to **June 12, 2024, at 10:30 a.m.**

　　　DATED May 24, 2024.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE