RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Matthew Lopes

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MATTHEW LOPES,<br><br>            Defendant. | Case No. 2:24-cr-00074-JCM-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA/ SENTENCING HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Matthew Lopes, that the Change of Plea/Sentencing Hearing currently scheduled on June 12, 2024 at 10:30 a.m., be vacated and continued to a July 1, 2024 at 10:30 a.m. or a date and time convenient to the Court.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs additional time to prepare for the change of plea/sentencing hearing.

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

1. This is the second request for a continuance of the hearing.

2. DATED this 5th day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW LOPES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00074-JCM-BNW<br><br>**ORDER** |

　　　IT IS ORDERED that the Change of Plea/Sentencing hearing currently scheduled for Wednesday, June 12, 2024, at 10:30 a.m., be vacated and continued to **July 1, 2024, at the hour of 10:30 a.m.**

　　　DATED June 7, 2024.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3